UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

Quentrell E. Williams
     v.    Plaintiff,

TIM HAINES, et al.
        Defendants

NOTICE OF APPEAL

CASE NO: 14-CV-312-WMC

DOC NO REC'D/FILED
2014 NOV -5 AM 10:09
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## NOTICE OF APPEAL

Notice is hereby given that Quentrell E. Williams, Plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Seventh Circuit. I'm appealing the order made by Judge William M. Conley on October 7, 2014 to deny my motion for Preliminary Injunction and temporary restraining order.

Date 11.2.14

Quentrell E Williams

Quentrell E. Williams

Wisconsin Resource Center
  P.O. Box 16
  Winnebago, WI. 54985