IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUENTRELL E. WILLIAMS,

        Plaintiff,　　　　　　　　　　　　　　ORDER

v.　　　　　　　　　　　　　　　　　　　　14-cv-312-wmc
　　　　　　　　　　　　　　　　　　　　　App. No. 14-3458
TIM HAINES, *et al.*,

        Defendants.

On October 7, 2014, the court denied state prisoner Quentrell Williams's motion for preliminary injunction and temporary restraining order as premature because this case had not yet been screened pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Plaintiff has now filed an interlocutory notice of appeal from that order. (Dkt. # 20). Plaintiff has not paid the $505 appellate docketing for or requested leave to proceed on appeal without prepayment of fees or costs. For his appeal to proceed, Williams must either pay the $505 appellate docketing fee or submit motion to proceed without prepayment of fees and costs along with a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of his appeal.

ORDER

IT IS ORDERED that, not later than December 5, 2014, plaintiff Quentrell Williams shall either (1) pay the $505.00 appellate docketing fee; or (2) submit a certified copy of his inmate trust fund account statement. Failure to comply or show cause for his failure to do so, may result in the dismissal of his appeal without further notice.

Entered this 14th day of November, 2014.

                                      BY THE COURT:

                                      /s/
                                      PETER OPPENEER
                                      Magistrate Judge