IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUENTRELL E. WILLIAMS,

        Plaintiff,　　　　　　　　　　　　　ORDER

v.　　　　　　　　　　　　　　　　　　　　14-cv-312-wmc
　　　　　　　　　　　　　　　　　　　　　App. No. 14-3458

TIM HAINES, et al.,

        Defendants,

---

    As directed in this court's order of November 14, 2014, plaintiff Quentrell Williams, has submitted a certified copy of his trust fund account statement so that a determination may be made whether he is indigent for the purpose of proceeding on appeal *in forma pauperis* and if he is, what amount must be assessed under the 1996 Prison Litigation Reform Act as an initial partial payment of the fee for filing his appeal.

    As an initial matter, the federal *in forma pauperis* statutes require a district court to certify whether an appeal is "not taken in good faith" or that the party is "not otherwise entitled to proceed" as an indigent litigant. FED. R. APP. P. 24(a)(3). The court has carefully reviewed all pertinent matters in this civil action. Based on this review and the court's clear recollection of the relevant proceedings, the court certifies that plaintiff has not filed his appeal in bad faith for purposes of Fed. R. App. P. 24(a)(3).

    Because plaintiff is incarcerated, his eligibility for leave to proceed *in forma pauperis* is governed by the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g), which bars an inmate from proceeding without prepayment of the filing fee if he has, on three

or more prior occasions, while incarcerated or detained brought an action or appeal in a court of the United States that was dismissed as frivolous, malicious, or failure to state a claim upon which relief may be granted unless the prisoner is under imminent danger of serious physical injury. Plaintiff has no "strikes" or sanctions against him for engaging in frivolous litigation while in prison and there does not appear to be any other impediment to indigent status. Therefore, after considering plaintiff's motion and supporting documentation, which includes a certified copy of his inmate trust fund account statement, the court concludes that plaintiff is eligible to proceed as an indigent litigant.

Although plaintiff has been found eligible to proceed *in forma pauperis*, the PLRA requires indigent inmates to pay the full amount of the docketing fee for his notice of appeal ($505) in increments, starting with an initial partial payment, pursuant to the formula found in 28 U.S.C. § 1915(b)(1)-(2). Based on plaintiff's inmate trust fund account statement, the court is able to make an initial partial filing fee payment of $2.97, which will be due no later than January 7, 2014. Thereafter, plaintiff shall pay the remainder of the $505 appellate docketing fee in monthly installments according to 28 U.S.C. § 1915(b)(2).

ORDER

IT IS ORDERED that:

1. Plaintiff Quentrell Williams' notice of appeal is not taken in bad faith for purposes of Fed. R. App. P. 24(a)(3).

2. Williams' motion for leave to proceed *in forma pauperis* (Dkt. # 20) is GRANTED.

3. No later than January 7, 2014, Williams shall submit a check or money order made payable to the Clerk of Court in the amount of $2.97 as an initial partial payment of the docketing fee for his appeal. Thereafter, plaintiff shall pay the remainder of the $505 appellate docketing fee in monthly installments according to 28 U.S.C. § 1915(b)(2).

4. If plaintiff fails to make his initial partial fee payment as directed by January 7, 2014, the clerk's office will notify the court of appeals so that it may take whatever action it deems appropriate with respect to this appeal.

Entered this 19th day of December, 2014.

BY THE COURT:

/s/
WILLIAM M. CONLEY
District Judge